IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NANCE RAY HARRIS, )
)
   Petitioner, )
) CIVIL ACTION NO. 16-0020-WS-MU
v. )
) CRIM. ACTION NO. 07-0019-WS-MU
   UNITED STATES OF AMERICA, )
)
   Respondent. )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of May, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE